154 A.3d 700

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SOLO-
MON R. WILBORN (A/K/A SOLOMON RALPH WILBORN, SOLO-
MAN R. WILBORNE, DUSTIN A. WILBORN, SOLOMON R.
COOK, TINY AND TEENY), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004317-13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 700

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ARSENIO L. DIAZ, DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003156-13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.